THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00099-MR-DLH

| | |
|---|---|
| CARLTON MANEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SOUTHERN CREDIT ) | |
| ADJUSTERS, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On May 14, 2014, the parties reported to the Court that this matter had been settled. The parties were advised that an agreement for entry of judgment or a stipulation of dismissal had to be filed within thirty (30) days or the case would be dismissed without prejudice. [Docket Entry dated May 14, 2014]. To date, the parties have not filed any such agreement or stipulation. Accordingly, the Court will dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.  Signed: July 28, 2014

Martin Reidinger
United States District Judge