# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Carlton Maney**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00099-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Southern Credit Adjusters, Inc.**,** | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2014 Order.

July 28, 2014

*[signature]*

Frank G. Johns, Clerk
United States District Court